**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Joseph P. LYMORE, Defendant–**
**Appellant.**

No. 04–30291.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Decided Aug. 8, 2004.

Stephen A. Higginson, Assistant U.S. Attorney, Brian M. Klebba, U.S. Attorney's Office, Eastern District of Louisiana, New Orleans, LA, for Plaintiff–Appellee.

Frank Sloan, Mandeville, LA, for Defendant–Appellant.

Before KING, Chief Judge, and WIENER and PRADO, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Joseph P. Lymore has requested leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the briefs, record, and Mr. Lymore's response discloses no non-frivolous issues for appeal. Counsel's motion for leave to withdraw is granted, counsel is excused from further responsibilities, and the appeal is dismissed. *See* 5TH CIR. R . 42.2. Lymore's motion to proceed pro se is denied. *See United States v. Wagner*, 158 F.3d 901, 902–03 (5th Cir.1998).

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

MOTION TO WITHDRAW GRANTED; MOTION TO PROCEED PRO SE DENIED; APPEAL DISMISSED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.